# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| **NICHOLAS GILMAN,** *et al.,* | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 1:19-cv-01021-DKC |
| **THE JOHNS HOPKINS HOSPITAL,** *et al.,* | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL AS TO DEFENDANTS, GEOFFREY COLBY, M.D. AND JUSTIN MICHAEL CAPLAN, M.D., *ONLY*

The plaintiffs, Nicholas Gilman and Deborah Gilman, by and through their counsel, Julia Arfaa, Esquire, and the law firm of the ARFAA LAW GROUP, and the defendants, Geoffrey Colby, M.D., Justin Michael Caplan, M.D., Johns Hopkins Hospital, and Johns Hopkins Hospital, Inc., by and through their counsel, Erica C. Mudd, Esquire, and the law firm of ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES, CHARTERED, hereby stipulate and agree, as follows:

1. That on March 26, 2015, Geoffrey Colby, M.D. and Justin Michael Caplan, M.D., were agents/employees of the defendant, Johns Hopkins Hospital, and that all care that they rendered to the plaintiff, Nicholas Gilman, on that date was within the scope of their employment with Johns Hopkins Hospital.

2. That no formal proof will be required at Trial as to the employment relationship between Geoffrey Colby, M.D. and Justin Michael Caplan, M.D., and their employer, Johns Hopkins Hospital.

3. That, subject to the provisions stated in above, and pursuant to Maryland Rule 2-506, all claims, actions, and causes of action against defendants, Geoffrey Colby, M.D. and Justin Michael Caplan, M.D., *ONLY*, are hereby DISMISSED WITH PREJUDICE.

SO STIPULATED THIS 5th DAY OF JUNE, 2019.

                                          Respectfully submitted,

                                          **ARFAA LAW GROUP**

                                              /s/ Julia R. Arfaa
                                        (*signed by Erica C. Mudd with permission of Julia R. Arfaa*)
                                        Julia R. Arfaa, Esquire
                                        2002 Clipper Park Road, Suite 300
                                        Baltimore, MD 21211
                                        410-889-1850 telephone
                                        *Counsel for plaintiffs*


                                        **ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES, CHARTERED**

                                              /s/ Erica C. Mudd
                                        Erica C. Mudd, Esquire
                                        ecm@adclawfirm.com
                                        204 Monroe Street, Suite 101
                                        Rockville, MD 20850
                                        301-251-0440
                                        *Counsel for defendants*


## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on this 5th day of June, 2019, a copy of Stipulation of Dismissal of Defendants, Geoffrey Colby, M.D. and Justin Caplan, M.D., ONLY, was electronically filed and served, on:

Julia R. Arfaa, Esquire
ARFAA LAW GROUP
2002 Clipper Park Road, Suite 300
Baltimore, MD 21211

                                            /s/ Erica C. Mudd
                                        Erica C. Mudd