```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

NICHOLAS GILMAN, et al.          :

    v.                           :   Civil Action No. DKC 19-1021

GEOFFREY COLBY, M.D., et al.     :

**ORDER**

The court issued a paperless notice on September 28, 2020, reminding counsel that a status report had been due by September 10. (ECF No. 18). To date, no status report has been filed. The time for filing dispositive motions has now passed. Counsel must advise the court by November 30, 2020, whether this litigation will continue.

Accordingly, it is this 13th day of November, 2020, by the United States District Court for the District of Maryland, ORDERED that Plaintiffs show cause no later than November 30, 2020, as to why their claims in this action should not be dismissed without prejudice. Plaintiffs are forewarned that failure to show cause may result in the dismissal of their claims without further notice.

                                              /s/
                                   DEBORAH K. CHASANOW
                                   United States District Judge