# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| NICHOLAS GILMAN, et al. | * |
| *Plaintiffs,* | * |
| v. | *   Case No.: 1:19-cv-01021-DKC |
| GEOFFREY COLBY, M.D., et al., | * |
| | * |
| *Defendants.* | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

It is hereby agreed upon by the parties below that the captioned case shall be and is hereby dismissed **WITH** prejudice.

Respectfully submitted,

/s/ *Justin P. Wright*
Julia R. Arfaa, Esquire
(julia@arfaalawgroup.com)
Justin P. Wright, Esquire
(justin@arfaalawgroup.com)
ARFAA Law Group
2002 Clipper Park Road
Suite 300
Baltimore, Maryland  21211
**Counsel for the Plaintiffs**

/s/ *Diane D'Aiutolo*
Diane D'Aiutolo, Esquire
(DDAIUTOLO@tydingslaw.com)
Tydings & Rosenberg LLP
One East Pratt Street
Suite 901
Baltimore, Maryland  21202
**Counsel for the Defendants**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November 2020, a copy of the foregoing Stipulation of Dismissal was electronically filed, and served upon:

Diane D'Aiutolo, Esquire
(DDAIUTOLO@tydingslaw.com)
Tydings & Rosenberg LLP
One East Pratt Street
Suite 901
Baltimore, Maryland 21202
Counsel for the Defendants

/s/ *Justin P. Wright*
Justin P. Wright, Esquire